HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS INC.,

    Plaintiff,

  v.

ROSS ISLAND SAND & GRAVEL CO.,
an Oregon corporation,

    Defendant.

Case No. 2:20-cv-00723-RAJ

ORDER

Pursuant to the Order granting in part Plaintiff's motion for default judgment dated January 14, 2021 (Dkt. # 10), Plaintiff has provided an updated accounting of interest owed from the Defendant to Plaintiff's Trust.

Having considered the information, the Court **ORDERS** that judgment be entered as follows: Plaintiff is awarded withdrawal liability in the amount of $80,825.40, liquidated damages in the amount of $16,165.08, accrued interest in the amount of $2,225.91, attorney's fees in the amount of $918.60, and costs in the amount of $465.

DATED this 2nd day of February, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 1